AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

**APPEARANCE**

against

Case Number: 07 Cr. 00582 (CM)

TRAVIS SMALLS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TRAVIS SMALLS

I certify that I am admitted to practice in this court.

| 2/26/2008 | | /s/ Joseph A. Grob (7975) |
|---|---|---|
| Date | | Signature |

JOSEPH A. GROB (7975)     2170306
Print Name                Bar Number

GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC
115 BROADWAY, SUITE 302
Address

| NEW YORK | NY | 10006 |
|---|---|---|
| City | State | Zip Code |

(212) 697-3250     (866) 651-3196
Phone Number       Fax Number

EMAIL ADDRESS: JOEG@GRF-LAW.COM