# GOLDBERG & RIMBERG PLLC

115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250
Fax: (866) 651-3196 (Writer's Direct)

**MEMO ENDORSED**

June 11, 2008

<u>VIA FACSIMILE</u>

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Travis Smalls</u>
         07 Cr. 582(04)(CM)

Dear Judge McMahon:

    I am the attorney assigned to represent Travis Smalls in connection with this case. This letter is respectfully submitted to request an adjournment of defendant's sentencing, which is currently scheduled to take place on or about June 19, 2008.

    An adjournment is being requested because I require additional time to prepare an appropriate sentencing submission in this case. I have not yet been able to prepare an appropriate sentencing submission in this case because I recently aggravated or re-injured a ruptured/herniated disc at the L2-L3 portion of my spinal cord, which is compressing a nerve root in my spine. As a result, I have not been able to work full time during the past few weeks. I am currently under a doctor's care for this condition and it is hoped that with effective therapy and pain management my condition will improve within the next few weeks. Specifically, it is hoped that with physical therapy and epidural steroidal injections in my spinal chord, my condition will improve. To that end, I am scheduled to have the first of what may be a series of epidural steroidal injections on June 12, 2008, at Franklin Hospital in Valley Stream, NY.

    Because the first injection does not always fully resolve the injury, rather than request a series of short adjournments, it seems more prudent to request one lengthy adjournment.

Handwritten endorsement:
6/12/08 — I will be gone during August. Schedule for 1st week of September. Adj to 9/26 @ 2PM — McM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Hon. Colleen McMahon
June 11, 2008
Page 2 of 2

    In light of the above, I am requesting an adjournment of sentencing to a date in mid August 2008. I reasonably believe that an adjournment to the middle of August 2008 should allow me sufficient time to recover from my injury and prepare for sentencing in this matter.

    I have spoken to AUSA Dabbs, who advises me that the Government does not object to this request.

    Thank you in advance for Your Honor's consideration in this matter.

Respectfully,

Joseph A. Grob (JG 7975)

cc: AUSA Jenna Dabbs
    (Via facsmile)